AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00284 |
| August Garcia | ) Assigned To : Judge Moxila A. Upadhyaya |
| DOB: XXXXXX | ) Assign. Date : 9/6/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | (Civil Disorder), |
| 18 U.S.C. § 111(a)(1) | (Assaulting, Resisting, or Impeding Certain Officers), |
| 18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds), |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds), |
| 18 U.S.C. § 1752(a)(4) | (Engaging in Physical Violence in a Restricted Building or Grounds), |
| 40 U.S.C. § 5104(e)(2)(D), (F) & (G) | (Disorderly Conduct, Act of Physical Violence, and Parading Demonstrating or Picketing in a Capitol Building). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

███████████████████████

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/06/2024                                            _____
                                                            *Judge's signature*

City and state:       Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                            *Printed name and title*