AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>August Garcia<br><br>*Defendant* | Case: 1:24-mj-00284<br>Assigned To : Judge Moxila A. Upadhyaya<br>Assign. Date : 9/6/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __August Garcia__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D), (F) & (G) (Disorderly Conduct, Act of Physical Violence, and Parading Demonstrating or Picketing in a Capitol Building).

Date: __09/06/2024__                                              __M.A. Upah__
                                                                                                 *Issuing officer's signature*

City and state:   __Washington, D.C.__                    __Moxila A. Upadhyaya, U.S. Magistrate Judge__
                                                                                                 *Printed name and title*

### Return

This warrant was received on *(date)* __9·5·2024__, and the person was arrested on *(date)* __9·16·2024__
at *(city and state)* __Cheyenne, WY__.

Date: __9·16·2024__                                                __[signature]__
                                                                                                 *Arresting officer's signature*

                                                                                                 __Tasha Coolidge__
                                                                                                 *Printed name and title*